# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KRISTINA P. CAMPAGNA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:16-cv-521-JDL |
| | ) |
| COMMISSIONER, | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 19) with the Court on November 3, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on November 17, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 19) is hereby **ACCEPTED**. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

Dated this the 2nd day of January, 2018.

                                                                /s/ Jon D. Levy
                                                           U.S. DISTRICT JUDGE